# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1135**                                                  **September Term, 2024**

**FAA-EA 4/21/25**

**Filed On: May 27, 2025** [2117530]

North Texas Conservation Association,

        Petitioner

    v.

Texas Department of Transportation, et al.,

        Respondents

## N O T I C E

     This case was docketed on May 26, 2025. The Federal Aviation Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on May 26, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

     The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                                           **FOR THE COURT:**
                                                           Clifton B. Cislak, Clerk

                               BY:     /s/
                                                           Lynda M. Flippin
                                                           Deputy Clerk

Attachment:
     Certified Copy of Petition for Review