# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1135**                                               **September Term, 2024**

FAA-EA 4/21/25

**Filed On: May 27, 2025** [2117532]

North Texas Conservation Association,

    Petitioner

    v.

Texas Department of Transportation, et al.,

    Respondents

## O R D E R

The petition for review in this case was filed and docketed on May 26, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 26, 2025 |
| Docketing Statement Form | June 26, 2025 |
| Procedural Motions, if any | June 26, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 26, 2025 |
| Statement of Issues to be Raised | June 26, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | June 26, 2025 |
| Dispositive Motions, if any | July 11, 2025 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1135**                                    September Term, 2024

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | June 26, 2025 |
| Procedural Motions, if any | June 26, 2025 |
| Certified Index to the Record | July 11, 2025 |
| Dispositive Motions, if any | July 11, 2025 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                                       **FOR THE COURT:**
                                                       Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                       Lynda M. Flippin
                                                       Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Agency Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Request to Enter Appellate Mediation Program (Optional)](#)
    [Notice Concerning Expedition of Appeals and Petitions for Review](#)
    [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)