NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-1135

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NORTH TEXAS CONSERVATION ASSOCIATION,
*Petitioner*,

v.

TEXAS DEPARTMENT OF TRANSPORTATION, et al.,
*Respondents*.

Petition for Review of a Decision of the Texas Department of Transportation

**FEDERAL RESPONDENTS' MOTION FOR EXTENSION OF CERTIFIED INDEX DEADLINE**

|  |  |
|---|---|
|  | ADAM R.F. GUSTAFSON<br>*Acting Assistant Attorney General* |
| Of Counsel:<br><br>MICHAEL FINEMAN<br>Federal Aviation Administration<br>Office of the Chief Counsel | ROBERT LUNDMAN<br>REBECCA JAFFE<br>*Attorneys*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044<br>(202) 598-0402<br>rebecca.jaffe@usdoj.gov |

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A.    Parties and Amici**

Petitioner is the North Texas Conservation Association.

Respondents are the Texas Department of Transportation (Texas DOT); Dan Harmon, the Director of Texas DOT's Aviation Division; the City of McKinney, Texas; George Fuller, the Mayor of the City of McKinney; the FAA; and Chris Rocheleau, the Acting FAA Administrator.

There are no amici.

**B.    Rulings Under Review**

Petitioner challenges the final environmental assessment, finding of no significant impact, and record of decision issued for the Eastside Development Project at McKinney National Airport in April 2025.

**C.    Related Cases**

Under Circuit Rule 28(a)(1)(C), there are no related cases.

/s/ *Rebecca Jaffe*
REBECCA JAFFE

Counsel for Federal Appellees

The Federal Aviation Administration (FAA) and Chris Rocheleau, Acting FAA Administrator, respectfully move the Court to extend the deadline for Federal Respondents to produce their certified index until 30 days after the Court adjudicates the motion to dismiss for lack of jurisdiction that Federal Respondents anticipate filing on July 11, 2025. The certified index deadline is July 11, 2025. Respondents Texas Department of Transportation (DOT) and Dan Harmon, Director of the Texas DOT Aviation Division, do not oppose this motion. FAA solicited the positions of Respondent City of McKinney, Texas, and Petitioner North Texas Conservation Association, but was unable to obtain their positions before filing this motion.

If the Court dismisses the petition for lack of jurisdiction, then Federal Respondents will not need to produce their certified list to the administrative record. If the Court does not dismiss the petition, then Federal Respondents will produce their certified index 30 days after the Court adjudicates the motion to dismiss.

For the foregoing reasons, the Court should extend the deadline for Federal Respondents to produce their certified index until 30 days after the Court adjudicates the motion to dismiss that Federal Respondents anticipate filing.

Respectfully submitted,

/s/ *Rebecca Jaffe*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

Of Counsel:

ROBERT LUNDMAN
REBECCA JAFFE
*Attorneys*

MICHAEL FINEMAN
Federal Aviation Administration
Office of the Chief Counsel

Environment and Natural Resources Division
U.S. Department of Justice

July 4, 2025
90-13-1-17949

2

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 192 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Rebecca Jaffe*
REBECCA JAFFE
Counsel for Appellees