# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1135** | **September Term, 2024** |
| | **FAA-EA 4/21/25** |
| | **Filed On: July 17, 2025** [2126006] |

North Texas Conservation Association,

    Petitioner

    v.

Texas Department of Transportation, et al.,

    Respondents

### O R D E R

    Upon consideration of the federal respondents' motion for extension of certified index deadline and petitioner's motion for extension of time to respond to the motions to dismiss, it is

    **ORDERED** that the motions for extension of time be granted. The certified index to the record is now due within 30 days after this court's disposition of the pending motions to dismiss. Petitioner's responses to the motions to dismiss are now due July 31, 2025.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                      BY:    /s/
                                  Catherine J. Lavender
                                  Deputy Clerk