# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1135**  September Term, 2024

FAA-EA 4/21/25

Filed On: August 5, 2025 [2128878]

North Texas Conservation Association,

    Petitioner

    v.

Texas Department of Transportation, et al.,

    Respondents

## O R D E R

Upon consideration of the federal respondents' motion for extension of time, it is

**ORDERED** that all respondents' replies in support of their motions to dismiss are now due August 22, 2025.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:    /s/
    Louis Karl Fisher
    Deputy Clerk